**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                         Case No. 11-09455

     CHRIS A SABIA
     CAROL SABIA
          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/08/2011.

2)  The plan was confirmed on 08/18/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/28/2011.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was converted on 05/15/2012.

6)  Number of months from filing to last payment: 13.

7)  Number of months case was pending: 15.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $62,649.62.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,575.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$6,575.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,838.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $281.47 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,119.97** |

Attorney fees paid and disclosed by debtor:      $1,661.50

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 657.00 | 1,109.95 | 1,109.95 | 19.33 | 0.00 |
| BACK BOWL I LLC | Unsecured | 12,352.00 | 13,497.31 | 13,497.31 | 249.49 | 0.00 |
| BACK BOWL I LLC | Unsecured | 8,342.00 | 9,799.43 | 9,799.43 | 183.83 | 0.00 |
| BACK BOWL I LLC | Unsecured | 7,046.00 | 7,903.33 | 7,903.33 | 148.26 | 0.00 |
| BACK BOWL I LLC | Unsecured | 2,084.00 | 2,576.94 | 2,576.94 | 44.89 | 0.00 |
| BANK OF AMERICA | Secured | NA | 3,136.37 | 3,136.37 | 473.44 | 0.00 |
| BANK OF AMERICA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 17,450.00 | 17,901.85 | 17,901.85 | 335.83 | 0.00 |
| BECKET & LEE LLP | Unsecured | 3,948.00 | 4,115.53 | 4,115.53 | 77.21 | 0.00 |
| BECKET & LEE LLP | Unsecured | 1,568.00 | 1,809.27 | 1,809.27 | 31.51 | 0.00 |
| BECKET & LEE LLP | Unsecured | 93.00 | 516.80 | 516.80 | 6.63 | 0.00 |
| BECKET & LEE LLP | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 1,249.00 | 2,033.05 | 2,033.05 | 35.41 | 0.00 |
| CHASE BANK USA | Unsecured | 1,429.00 | 1,775.96 | 1,775.96 | 30.94 | 0.00 |
| CHASE HOME FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | Unsecured | 12,080.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 12,703.16 | 12,703.16 | 12,703.16 | 238.31 | 0.00 |
| DISCOVER BANK | Unsecured | 16,326.00 | 17,744.29 | 17,744.29 | 332.88 | 0.00 |
| DISCOVER BANK | Unsecured | 5,825.00 | 5,080.29 | 5,080.29 | 93.91 | 0.00 |
| DISCOVER BANK | Unsecured | 4,943.00 | 5,489.51 | 5,489.51 | 101.47 | 0.00 |
| DISCOVER BANK | Unsecured | 4,520.00 | 6,504.14 | 6,504.14 | 120.23 | 0.00 |
| EAST BAY FUNDING | Unsecured | 15,076.00 | 17,239.63 | 17,239.63 | 318.67 | 0.00 |
| EAST BAY FUNDING | Unsecured | 4,436.00 | 5,034.87 | 5,034.87 | 93.07 | 0.00 |
| FAMILY HEALTH CENTER | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,137.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | 1,962.00 | 2,533.46 | 2,533.46 | 44.13 | 0.00 |
| MAIN STREET ACQUISTION CORP | Unsecured | 678.00 | 1,099.94 | 1,099.94 | 19.16 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST RESPIRATORY | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | 5,564.00 | 6,284.65 | 6,284.65 | 116.17 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | 7,037.00 | 8,111.21 | 8,111.21 | 152.16 | 0.00 |
| PEOPLES BANK | Unsecured | 9,841.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS 1 LLC | Unsecured | 4,095.00 | 5,160.09 | 5,160.09 | 95.38 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,328.00 | 4,721.46 | 4,721.46 | 87.28 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,389.00 | 7,372.20 | 7,372.20 | 133.65 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 20,195.00 | 23,133.50 | 23,133.50 | 434.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,043.00 | 3,580.89 | 3,580.89 | 67.17 | 0.00 |
| PRIMARY HEALTHCARE ASSOCIATE | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,064.00 | 2,016.48 | 2,016.48 | 35.13 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,538.00 | 1,395.08 | 1,395.08 | 24.30 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 924.00 | 2,709.74 | 2,709.74 | 47.20 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 4,461.00 | 5,399.56 | 5,399.56 | 99.82 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 4,326.00 | 5,742.90 | 5,742.90 | 106.16 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,715.00 | 2,398.97 | 2,398.97 | 41.79 | 0.00 |
| UNITED HEALTHCARE | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| WELL GROUP | Unsecured | 270.50 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATIO | Unsecured | 331.00 | 894.77 | 894.77 | 16.22 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,136.37 | $473.44 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,136.37** | **$473.44** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$215,390.21** | **$3,981.59** | **$0.00** |

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $2,119.97 |
| Disbursements to Creditors | $4,455.03 |
| **TOTAL DISBURSEMENTS** : | **$6,575.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/11/2012                    By: /s/ Glenn Stearns
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**